Chung N. Phang
Law Offices of Chung N. Phang
300 Frank H. Ogawa Plaza, Suite 209
Oakland, CA 94612
Tel:    (510) 986-8899
Fax:    (510) 986-5486

ATTORNEY FOR PLAINTIFF



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Zhang Lixia (A089-703-900) ) | |
| Zhang Zhi-Hao (089-298-243) ) | Case No. 3:15-cv-01432-MEJ |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | **MOTION TO** |
| v. ) | **DISMISS** |
| ) | **COMPLAINT** |
| ) | |
| Alejando Mayorkas, in his official ) | IMMIGRATION |
| capacity, as Director of ) | MANDAMUS |
| U.S. Citizenship and Immmigration ) | CASE |
| Services, U.S. Dept. of Homeland Security; ) | |
| Jeh Johnson, in his official capacity, ) | |
| Secretary, U.S. Dept. of Homeland Security; ) | |
| Eric Holder, Jr, in his official capacity, ) | |
| Attorney General, U.S. Dept. of Justice; ) | |
| Robin Barrett,  in her official ) | |
| capacity, Field Office Director, USCIS ) | |
| San Francisco Field Office, and Emilia Bardini, in ) | |
| her capacity as Director of the Asylum Office, ) | |
| San Francisco ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

1

COME NOW Zhang, Lixia, (Madam Zhang) and Zhang, Zhi Hao (Mr. Zhang), mother and son, Plaintiffs in the above-styled and numbered case.

1. This is a civil action brought pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs.

2. This action is brought against the Defendants to compel the adjudication of Plaintiffs' pending applications for adjustment of status.

3. Because Defendants have adjudicated said applications and provided evidence thereof, Plaintiffs respectfully move to dismiss their complaint.

## **PRAYER**

4. WHEREFORE, in view of the actions taken by Defendants, Plaintiff respectfully prays that the Court enter an order dismissing their complaint.

Respectfully submitted,

___/s/ Chung N. Phang_____
Chung N. Phang, Esq.

## CERTIFICATE OF SERVICE

On <u>6/15/15</u>, I, <u>Chung N. Phang    </u>, the undersigned, served the within:

**Motion to Withdraw Complaint Immigration Mandamus Case**

on each person/entity listed below addressed, <u>by certified mail</u>, as follows:

Alejandro Mayorkas
Director, USCIS
Office of the General Counsel
US Dept. of Homeland Security
Washington, DC 20528

Jeh Johnson, Secretary
U.S. Dept. of Homeland Security
Office of the General Counsel
US Dept. of Homeland Security
Washington, DC 20528

Emilia Bardini
Director
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

Eric H. Holder, Jr.
Attorney General
US Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Robin Barrett
Field Office Director - USCIS
650 Capitol Mall, Rm 2-220
Sacramento, CA 95814

United States Attorney
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>6/15/15</u>, at Oakland, CA.


<u>/s/ Chung N. Phang    </u>
Chung N. Phang, Esq.
Law Offices of Chung N. Phang